248 So.2d 156

In re Lawrence Erskine TAYLOR

v.

STATE.

Ex parte Lawrence Erskine Taylor.

6 Div. 865.

Supreme Court of Alabama.

May 6, 1971.

Fred Blanton, Birmingham, for petitioner.

William J. Baxley, Atty. Gen., opposed.

MERRILL, Justice.

Petition of Lawrence Erskine Taylor for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Taylor v. State, 248 So.2d 154.

Writ denied.

HEFLIN, C. J., and LAWSON, HARWOOD and MADDOX, JJ., concur.

251 So.2d 246

In re Louise VANDER WIELEN

v.

STATE.

Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.

1 Div. 682.

Supreme Court of Alabama.

July 22, 1971.

William J. Baxley, Atty. Gen., and Richard F. Calhoun, Asst. Atty. Gen., for petitioner.

C. Wayne Loudermilch, Mobile, opposed.

HARWOOD, Justice.

Petition of the State, by its Attorney General, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Vander Wielen v. State, 251 So.2d 240 (1 Div. 58).

Writ denied.

LAWSON, SIMPSON, MERRILL, MADDOX and McCALL, JJ., concur.